| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MANDELBAUM BARRETT PC<br>3 Becker Farm Road, Suite 105<br>Roseland, New Jersey 07068<br>Ph.: 973-736-4600<br>Fax: 973-736-4670<br>Vincent J. Roldan<br>vroldan@mblawfirm.com<br><br>Proposed attorneys for Bakers Depot LLC | Case No. 23-17425<br><br>Chapter 11 |
| In re<br><br>Bakers Depot LLC<br>　　　　　　　　　　Debtor. | |

## CORPORATE OWNERSHIP STATEMENT

   Pursuant to Federal Rule of Bankruptcy Procedure and to enable judges to evaluate possible disqualification or recusal, the undersigned counsel for the debtor in the above-referenced case (the "Debtor") certifies that there are no corporations that directly or indirectly own 10% or more of any class of the Debtor's equity interests, and there are no entities to report under Fed. R. Bankr. P. 7007.1

Dated: September 11, 2023
  Roseland, New Jersey

                Mandelbaum Barrett PC

                By: /s/ Vincent J. Roldan

                3 Becker Farm Road
                Roseland, New Jersey 07068
                Telephone: 973-974-9815
                vroldan@lawfirm.ms
                *Proposed Attorneys to the Debtor and Debtor-in-Possession* – Bakers Depot LLC