|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MANDELBAUM BARRETT PC<br>3 Becker Farm Road, Suite 105<br>Roseland, New Jersey 07068<br>Ph.: 973-736-4600<br>Fax: 973-736-4670<br>Vincent J. Roldan<br>vroldan@mblawfirm.com<br><br>Proposed attorneys for Bakers Depot LLC | Case No.  23-17425<br><br>Chapter 11 |
| In re<br><br>Bakers Depot LLC<br>                    Debtor. | |

## CERTIFICATION OF BRIAN NEGRON

Brian Negron, of full age, certifies as follows:

1. I am the President and founder of Bakers Depot LLC ("Debtor"). I have personal knowledge of the facts and circumstances recited herein.

2. Attached hereto as Exhibit A is the Debtor's balance sheet dated as of August 31, 2023. These numbers are accurate as of the Debtor's August 25, 2023 petition date.

3. Attached hereto as Exhibit B is the Debtor's cash flow statement as of August 31, 2023. These numbers are accurate as of the Debtor's August 25, 2023 petition date.

4. Attached hereto as Exhibit C is the Debtor's statement of operations (P&L) as of August 31, 2023. These numbers are accurate as of the Debtor's August 25, 2023 petition date.

5. Attached hereto as Exhibit D is the Debtor's most recent (2022) tax return.

1

I certify that the foregoing statements are true. I am aware that if the foregoing statements are willfully false, I am subject to punishment.

September 12, 2023

                                            /s/ Brian Negron
                                               Brian Negron

4869-8768-2942, v. 1