United States Bankruptcy Court

District of New Jersey

In re: Bakers Depot LLC

Case No. 23-17425

Chapter 11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 09/15/2023

/s/ Brian Negron

Signature of Individual signing on behalf of debtor

President

Position or relationship to debtor

Avaya Phone Systems
350 Mt. Kemble Avenue
Morristown, NJ 07960

Bakemark USA LLC
7351 Crider Ave
Pico Rivera, CA 90660

Brian Negron
c/o Bakers Depot LLC
250 North Street
Teterboro, NJ 07608

Bunge North America
PO Box 8422453
Boston, MA 02284-2453

Cereijo & Associates, Inc.
62 Engle Street
Englewood, NJ 07631

Cole Schotz PC
Court Plaza North
25 Main Street
Hackensack, NJ 07601

Crown Lift Trucks
PO Box 641173
Cincinnati, OH 45264-1173

David Rosen Company
59-21 Queens Midtown Expressway
Maspeth, NY 11378

Diaz, Evaristo
19 Rennert Ln.
Nanuet, NY 10954

Eastcoast Egg Farmers
2500 83rd Street
Bld 9A1
North Bergen, NJ 07047

Enjay Converters Ltd.
495 Ball Street
Coburg
Ontario Canada,  K9A 3J6

Fermin Gonzalez, Humberto A.
347 12th Avenue
Patterson, NJ 07514-2574

General Mills Finance Inc.
PO Box 3600009
Pittsburgh, PA 15251

H A Case Trading Inc.
525 Northern Blvd Suite 205
Great Neck, NY 11021

Hanan Products Co. Inc.
196 Miller Pl.
Hicksville, NY 11801

IFC Products Inc.
568 E Elizabeth Avenue
Linden, NJ 07036

Impact Food Distributing Inc.
52 Butler Street
Elizabeth, NJ 07260

Imperial Dade
PO Box 27305
New York, NY 10087-7305

Instantwhip NY Distributors
PO Box 98333
Chicago, IL 60693

Internal Revenue Service
Centralized Insolvency Operation POB
Philadelphia, PA 19101-7346

JB Freight LLC
PO Box 2036
Fort Lee, NJ 07024

Judith A. Archer, Esq.
Norton Rose Fulbright
1301 Avenue of the Americas
New York, NY 10019-6022

KB Ingredients- Eurogerm KB LLC
850 Clark Drive
Budd Lake, NJ 07828

KC Global Networking
20501 Ventura Blvd
Ste 106
Woodland Hills, CA 91364

Kitchmart Trading Corp.
450 Murray Hill Parkway
Unit B
East Rutherford, NJ 07073

L&M Disposal LLC
PO Box 281
Ironia, NJ 07845

L&M Disposal LLC
105 US-46
Lodi, NJ 07644

Lallemand Baking
American Yeast Sales
75 Remittance Drive Suite 1047
Chicago, IL 60675-1047

Lesafre Yeast Corporation
7475 W Main St
Milwaukee, WI 53214

Luis Rodriguez CPA PLLC
532 City Island Avenue
Bronx, NY 10456

Mamitas Food Inc.
500 B Getty Avenue
Clifton, NJ 07011

MCM Food Corp.
8100 NW 68th Street
Miami, FL 33166

Militsky Eggs LLC
74 Card Street
Lebanon, CT 06249

National Harvest Corporation
305 Northern Blvd
Suite 202
Great Neck, NY 11021

New England Flour Corp.
1 Huntington Quadrangle
Suite 1C04
Melville, NY 11747

New Jersey Department of Treasury
3 John Fitch Way FL5
PO Box 245
Trenton, NJ 08695-0245

Nightingale Bakery
275 Broad St.
Carlstadt, NJ 07072

Otto Brehm Inc.
75 Tuckahoe Rd.
Yonkers, NY 10710

Pennant Ingredients Inc.
PO Box 780438
Philadelphia, PA 19178-0438

PSE&G Co.
PO Box 14444
New Brunswick, NJ 08906

Puratos Corporation
PO Box 8500
Philadelphia, PA 19178-9572

Quivican Trucking
200 Hollister Rd
Teterboro, NJ 07608

Reading & Northern Railroad
P.O. Box 218
Port Clinton, PA 19549

Revenue Processing Center
PO Box 257
Trenton, NJ 08646-0257

Rich Products Corp.
PO Box 98333
Chicago, IL 60693

Rockland Wholesale & Distributors
20-21 Wagaraw Road
Unit 35F
Fair Lawn, NJ 07410

Sanchez Reyes, Downiel
240 Echo Place
Bronx, NY 10457

Schiff Food Products Co.
994 Riverview Drive
Totowa, NJ 07512-1129

Silva, Xiomara
412 Charles St.
New Milford, NJ 07646

Southern Champion Tray LP
PO Box 116315
Atlanta, GA 30368-6315

Sparta Bakery Supplies
35-39 Vernon Blvd
Astoria, NY 11106

St. Agueda Farm
60 E. Halsey Rd.
Parsippany, NJ 07054

T-Mobile
PO Box 742596
Cincinnati, OH 45274-2596

Teterboro Borough
510 Route 46 West
Teterboro, NJ 07608

TL State Management Inc.
22 2d Avenue
Brooklyn, NY 11215

Total Quality Logistics
PO Box 634558
Cincinnati, OH 45263-4558

Travelers Insurance
PO Box 660317
Dallas, TX 75266-0317

Valores Alimenticios
Carretera Monterrey 65 Interior 139
Rincon De Las Palmas, SC 66368

Veolia
PO Box 371804
Pittsburgh, PA 15250-7804

Vineland Packaging Corp.
3602 N Mill Rd
Vineland, NJ 08360